UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL ERICK RICHARDSON,

    Plaintiff,

v.

RICHARD HEWSON, MAGGIE MILLER-STOUT, EARL WRIGHT, and WILLIAM STOCKWELL,

    Defendants.

CASE NO. C13-2244 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court denies plaintiff in forma pauperis status and dismisses this action prior to service because plaintiff cannot challenge the length of his confinement in a civil rights action.

DATED this 4th day of April, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1